A. J. Canfield Company, appellant, v. John Gleasner, appellee. Gen. No. 39,942.

Opinion filed June 21, 1938.
William T. Pridmore, for appellant. No appearance for appellee.
Mr. Presiding Justice Friend delivered the opinion of the court.

Tyko Martinkus and Lawrence A. Weiss, appellants, v. Anton Bartkus, appellee. Gen. No. 40,009.

Opinion filed June 21, 1938.
Harold O. Mulks, for appellants. Maurice L. Zaretsky and Charles P. Kal, for appellee.
Mr. Presiding Justice Friend delivered the opinion of the court.

Park Lane Hotel Company, appellee, v. C. H. Sullivan and Mrs. C. H. Sullivan, appellants. Gen. No. 40,047.

Opinion filed June 21, 1938.
A. Sears Jayne, for appellants. Bennett & Colbach, for appellee; Max C. Liss, of counsel.
Mr. Presiding Justice Friend delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Erich Frankowsky, plaintiff in error. Gen. No. 40,094.

Opinion filed June 21, 1938. Rehearing denied July 7, 1938.
Kennedy & Fischer, Malcolm McKerchar, Gerald T. Wiley and Richard W. Proctor, for plaintiff in error; Theodore L. Thau, of counsel. Otto Kerner, Attorney General, for defendant in error; A. B. Dennis, Assistant Attorney General, Thomas J. Courtney, State's Attorney, Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin S. Rembe, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice Friend delivered the opinion of the court.